NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLARENCE GARVIN,                      )
                                      )
      Appellant,                )
                                      )
v.                                    )    Case No. 2D17-2826
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                 )
_____)

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Clarence Garvin, pro se.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.